

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKB:SJM  *One Pierrepont Plaza*
F.#2006R00524  *Brooklyn, New York  11201*

*Mailing Address:*  147 Pierrepont Street
Brooklyn, New York  11201

December 4, 2007

By ECF

The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  U.S. v. Islam and Munshi  07-CR-0534
        U.S. v. Mohammed Jewel     07-CR-0599
        U.S. v. Mehdi Hasan        07-CR-0656
        U.S. v. Mohammed Hossain   07-CR-0657
        U.S. v. Mizanur Rahman     07-CR-0658
        U.S. v. Galam Sadi         07-CR-0659
        U.S. v. Mizanur Rahman     07-CR-0745

Dear Judge Gershon:

       At the status conference in U.S. v. Mohitul Islam and Liaquat Munshi, 07-CR-0534, held on November 27, 2007, Your Honor requested a letter from the government listing each of the cases related to the mortgage fraud case we were conferencing.  Each of the cases in the re-line above are related, and are all assigned to Your Honor.  As directed, I am filing this letter by ECF in each of the related cases.

                                  Respectfully submitted,

                                  BENTON J. CAMPBELL
                                United States Attorney

                 By:      /S/
                        Stephen J. Meyer
                        Assistant United States Attorney
                        (718) 254-6386

CC:  Defense Counsel (via ECF)