MAY 08 2009 15:45 FR US ATTORNEYS OFFICE 7182546327 TO 917186132613 P.02
Case 1:07-cr-00658-NG Document 88 Filed 05/12/09 Page 1 of 1 PageID #: 63

LJF:SJM
F. #2007R01571

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

MIZANUR RAHMAN,

         Defendant.

- - - - - - - - - - - - - - - - - X

**I N F O R M A T I O N**

Cr. No. 07-658 (NG)
(T. 18, U.S.C., §§ 1349
and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

        In or about March 2006, within the Eastern District of New York and elsewhere, the defendant MIZANUR RAHMAN, together with others, did knowingly and intentionally conspire to execute a scheme and artifice to defraud a financial institution, to wit: WMC Mortgage, the deposits of which were then and there insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds and credits owned by and under the custody and control of WMC Mortgage, by means of materially false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 1344.

        (Title 18, United States Code, Sections 1349 and 3551 et seq.)

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK