

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 13, 2015

By ECF

The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Mizanur Rahman, et al.
           Criminal Docket No. 07-658 (NG)

Dear Judge Gershon:

    The government respectfully moves to dismiss the charges set forth in the defendant's October 29, 2014 violation of probation report. As the government has moved to dismiss these charges, the parties request that the status conference scheduled for tomorrow at 2:30 p.m. be adjourned.

           Very truly yours,

           KELLY T. CURRIE
           Acting United States Attorney

    By:   /s/ Michael P. Robotti
           Michael P. Robotti
           Assistant U.S. Attorneys
           (718) 254-7576

cc:    Clerk of the Court (NG) (by ECF)
       Michael Weil, Esq. (by ECF)